The following constitutes
the order of the court. Signed July 08, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

**Joe M. Bailey &**

**Etta J. Penn-Bailey**

Case No.: **11-45648**

Chapter: 13

Debtor(s)/

ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 6/21/2011, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients